UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:13-cr-92-FtM-38DNF

DENNIS ALFONSO PENA
CALDERON

_____

### ORDER

This matter comes before the Court on the Unopposed Motion to Advance Setting (Doc. #25) filed on November 6, 2013. Defense Counsel moves the Court to advance the sentencing date to an earlier date. As grounds, Counsel indicates that the Defendant has no objection to the scoring of the pre-sentence report and is ready to be sentenced. Having reviewed the motion, the Court finds good cause and will grant the motion as outlined below.

Accordingly, it is now

**ORDERED:**

The Motion to Advance Setting (Doc. 25) is **GRANTED**. Sentencing shall be re-scheduled to **NOVEMBER 18, 2013 at 9:30 A.M.**

**DONE AND ORDERED** at Fort Myers, Florida, this November 7, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record